DANIEL W. BALLESTEROS (SBN 142003)
dwb@hogefenton.com
PATRICK N. LUNDELL (SBN 273506)
pnl@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Plaintiff
MIL-SPEC MONKEY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOR DISTRICT-WIDE ASSIGNMENT

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC. a Delaware Corporation, ACTIVISION PUBLISHING, INC., a Delaware corporation, and DOES 1 – 25, inclusive<br><br>Defendants. | Case No. _____<br><br>**EXHIBIT A TO COMPLAINT** |

**\*-APPLICATION-\***

## Title

| | |
|---|---|
| Title of Work: | Angry Monkey Design |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2006 | | |
| Date of 1st Publication: | August 8, 2006 | Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ■   Author: | Clayton Montgomery |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | MIL-SPEC MONKEY, INC. |
| | 1729 LITTLE ORCHARD STREET, #D, SAN JOSE, CA, 95125, United States |
| Transfer Statement: | By written agreement |

## Rights and Permissions

| | | | |
|---|---|---|---|
| Organization Name: | HOGE, FENTON, JONES & APPEL, INC. | | |
| Email: | uspto@hogefenton.com | Telephone: | 408-287-9501 |
| Address: | 60 SOUTH MARKET STREET | | |
| | SUITE 1400 | | |
| | SAN JOSE, CA 95113   United States | | |

## Certification

| | |
|---|---|
| Name: | PATRICK NEILL LUNDELL |
| Date: | May 20, 2014 |
| Applicant's Tracking Number: | 86338 |

**Registration #:**

**Service Request #:** 1-1448675911

**Priority:** Routine        **Application Date:** May 20, 2014 02:09:20 PM

# Correspondent

**Name:** PATRICK NEILL LUNDELL

**Email:** pnl@hogefenton.com        **Telephone:** 408-287-9501

**Address:** 60 SOUTH MARKET STREET
SUITE 1400
SAN JOSE, CA 95113 United States

# Mail Certificate

HOGE, FENTON, JONES & APPEL, INC.
60 SOUTH MARKET STREET
SUITE 1400
SAN JOSE, CA 95113  United States