DANIEL W. BALLESTEROS (SBN 142003)
dwb@hogefenton.com
PATRICK N. LUNDELL (SBN 273506)
pnl@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Plaintiff
MIL-SPEC MONKEY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOR DISTRICT-WIDE ASSIGNMENT

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC. a Delaware Corporation, ACTIVISION PUBLISHING, INC., a Delaware corporation, and DOES 1 – 25, inclusive<br><br>Defendants. | Case No. _____<br><br>**EXHIBIT B TO COMPLAINT** |

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,962,658**  
**Registered May 17, 2011**  
**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MIL-SPEC MONKEY, INC. (CALIFORNIA CORPORATION)
1729 LITTLE ORCHARD STREET
UNIT D
SAN JOSE, CA 95125

FOR: ON-LINE RETAILER STORE FEATURING CLOTHING, NAMELY, PATCHES, T-SHIRTS, HATS, BAGS AND POUCHES AND TACTICAL GEAR, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-29-2010; IN COMMERCE 7-29-2010.

THE MARK CONSISTS OF A MONKEY FACE WEARING EAR PROTECTION.

SN 77-852,253, FILED 10-19-2009.

LAURA KOVALSKY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office