IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIL-SPEC MONKEY, INC., <br><br>  Plaintiff, <br> v. <br><br> ACTIVISION BLIZZARD, INC. and <br> ACTIVISION PUBLISHING INC., <br><br>  Defendants. <br> _____/ | No. C 14-02361  RS <br><br> **CASE MANAGEMENT** <br> **SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on August 21, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation.

2. DISCOVERY.

A. On or before February 13, 2015, the parties shall complete all non-expert written discovery and shall file any motions regarding written discovery.

B. On or before April 10, 2015, the parties shall complete all fact witness depositions and file any related discovery motions.

CASE MANAGEMENT SCHEDULING ORDER

C. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. EXPERT WITNESSES.

On or before June 5, 2015, the parties shall complete all expert witness depositions and file any related discovery motions. The disclosure and discovery of expert witnesses shall proceed in accordance with the applicable Rules of Federal Civil Procedure.

5. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **November 6, 2014 at 11:00 a.m.** All parties shall appear telephonically. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6. PRETRIAL MOTIONS. All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. As a general matter, each party is limited to one motion for summary judgment absent leave of Court. Defendant is not precluded from bringing an early motion for partial summary judgment but should consider whether such a motion is amenable to resolution without additional discovery pursuant to Federal Rule of Civil Procedure 56(d). All pretrial motions shall be heard no later than May 7, 2015.

CASE MANAGEMENT SCHEDULING ORDER

      7.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on **July 30, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

      8.    TRIAL DATE.  A jury trial shall commence on **August 10, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: August 21, 2014

_____  
RICHARD SEEBORG  
United States District Judge