KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>                    Defendants. | CASE NO. CV14-02361 RS<br><br>**DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF**<br><br>Date:      November 20, 2014<br>Time:     1:30 p.m.<br>Judge:   Hon. Richard Seeborg |

Mitchell
Silberberg &
Knupp LLP

6433954.1/40113-00073

CASE NO. CV14-02361 RS

DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT

I, Yale Miller declare as follows:

1.      I am a Senior Producer at Activision Publishing, Inc. ("Activision").  I assisted in production of the game Call of Duty: Ghosts ("*Ghosts*").  Accordingly, I have knowledge of *Ghosts*, its development, and its content.  I also have knowledge of the *Call of Duty* series of video games as a whole, based on my affiliation with Activision and my company's creation of many *Call of Duty* titles.  I make this declaration based upon my personal knowledge or based upon business records maintained in the ordinary course of business.  If called as a witness, I could and would competently testify to all of the following.

## Activision and the Call of Duty Games

2.      The *Call of Duty* series of video games are "first-person" military action games, in which the player steps into the shoes of a military soldier or special forces operative and fights against computer- or human-controlled opponents across a variety of computer-generated battlefields.  The first game in the series (titled simply *Call of Duty*) was released in 2003.  *Call of Duty II* was released in 2005, and a new installment of the franchise has been published at least each year since that time.  To date, Activision has released ten "core" *Call of Duty* games, as well as several "spin-off" or related titles, including titles for handheld consoles such as the Nintendo DS and PlayStation Vita and for mobile phones.  The *Call of Duty* games have been critically acclaimed and have won numerous "Game of the Year" awards.

3.      Each of the *Call of Duty* games enables players to engage in military combat in a variety of different time periods and locations.  Four of the core *Call of Duty* games take place during World War II, and place players in the shoes of soldiers fighting in historic battles such as the Normandy invasion or the siege of Stalingrad.  Other (mainly later) installments of the franchise, including *Call of Duty 4: Modern Warfare*, *Call of Duty: Modern Warfare 2*, *Call of*

**DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Mitchell
Silberberg &
Knupp LLP

6433954.1/40113-00073

1   *Duty: Modern Warfare 3* and, most recently, *Call of Duty: Ghosts* takes place in a contemporary

2   or near-future setting.  The *Call of Duty: Modern Warfare* games and *Ghosts* allow players to

3   participate in modern military or special forces missions in global hot spots such as the Middle

4   East or Russia or in near-future war-torn versions of American and European cities.  Across the

5   franchise, substantial efforts are made to render the locations, uniforms, weapons, vehicles and

6   equipment in a manner that is accurate, authentic, or convincing in the context of the game or

7   particular game mode.  Thus, for example, the *Call of Duty* games often depict real-life military

8   units (such as the United States Army Rangers, the British SAS, and the Russian Spetsnaz).  The

9   games also include military weapons and vehicles that are often based on actual weapons and

10  vehicles or on a studied approximation of what such weapons and vehicles would be in 5 or 10

11  years' time.  Additionally, the *Call of Duty* games include faithful and accurate depictions of the

12  uniforms and equipment worn by soldiers, both historically and during the present day.  All of

13  these elements combine to draw the player into a convincing game world.

14

15      4.      Each of the *Call of Duty* games includes both a single player "campaign" mode and

16  a robust online competitive or cooperative multiplayer mode.  The single player campaign

17  typically consists of a series of discrete missions that are tied together with an overarching

18  narrative, generally lasting between 6 and 8 hours (though the actual length of play can vary from

19  player to player depending on player skill and player choices).  The multiplayer game allows

20  players to select a soldier and compete against or cooperate with others in a variety of both team-

21  based and individual game types.

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

6433954.1/40113-00073

2                           CASE NO. CV14-02361 RS

**DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT**

1

**Call of Duty: Ghosts**

2        5.     *Call of Duty: Ghosts* was released in November 2014 for Windows computers and

3   several video game consoles, including the Xbox One, Xbox 360, PlayStation 3, PlayStation 4,

4   and Nintendo Wii U consoles.  Attached hereto as <u>Exhibit 1</u> is a true and correct retail copy of the

5   Xbox 360 version of *Ghosts*.  This version is playable on any standard Xbox 360 console,

6   provided that the console contains a hard drive with sufficient storage space to hold certain game

7   content.  Also attached hereto as <u>Exhibit 2</u> is a true and correct copy of the front and back cover of

8   the packaging for the Xbox 360 version of *Ghosts*.  The packaging is substantively the same for all

9   other console versions.

10

11        6.     Like the other *Call of Duty* titles, *Ghosts* is a military action game that allows the

12   player to engage in simulated contemporary military combat.  *Ghosts* contains nearly 100 different

13   contemporary weapons, including guns, melee weapons, rocket launchers, and grenades, many of

14   which can be modified or customized with dozens of attachments such as laser sights, thermal

15   scopes, and silencers.  The game also includes and depicts nearly 40 different vehicles, including

16   helicopters, other aircrafts, ground vehicles such as jeeps and snowmobiles, and ships.  Players

17   also have access to a variety of military equipment and tools such as laser drills, parachutes, night

18   vision goggles, and strobe lights.

19

20        7.     The primary setting of *Ghosts* is North America and South America approximately

21   10 years in the future.  In the alternate future of *Ghosts*, the Middle East has been destroyed, the

22   world faces a global energy crisis, and the oil-producing nations of South America have formed a

23   global alliance known as "The Federation."  In the single player campaign, the player assumes the

24   role of members of an elite U.S. special forces team known as the Ghosts.  As a soldier named

25   Logan Walker, the player fights alongside the Ghosts in a variety of missions around the globe,

26   including in Caracas, the Andes, and Antarctica.  The single player game includes 18 discrete

27   story-based missions, which take from 6 to 8 hours to play through and complete.  Attached hereto

28

Mitchell
Silberberg &
Knupp LLP

6433954.1/40113-00073

3                    CASE NO. CV14-02361 RS

**DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT**

1   as Exhibit 3 is a true and correct copy of a video trailer that was released to the public on or about

2   September 2013 depicting excerpts of the single player campaign.

3

4       8.      *Ghosts* also contains a robust online multiplayer game mode.  The game shipped

5   with 14 multiplayer "maps" (i.e. battlefields) and 14 multiplayer game types, including team-

6   based, cooperative, and "free-for-all" game types.  In each of these game types, players take

7   control of a military soldier and attempt to complete various objectives, such as one in which you

8   try to run through a goal at the enemy base while protecting your goal.  *Ghosts* also includes two

9   new game types -- "Squads," where players can play with computer-controlled or player-

10  controlled teammates against computer-controlled enemies, and "Extinction," in which four

11  players work together to destroy an alien infestation.

12

13      9.      One new feature offered by *Ghosts* is that before engaging in online play the player

14  may select and "customize" his or her soldier in a variety of ways using a tool known as "Create-

15  A-Soldier."  The "Create-A-Soldier" feature allows players to outfit and modify his or her soldier

16  in a variety of ways.  Among the attributes that can be modified are the player's weapons, special

17  skills (known as "perks"), and gear "loadouts" (packages of weapons and gear available at the

18  beginning of a match).  Additionally, players may modify the appearance of his or her soldier to

19  reflect the player's personal tastes or to allow the soldier to be more easily recognizable on the

20  battlefield.  Under a menu titled "Customize Appearance," the player may select the solder's

21  gender and ethnicity.  Players may also choose from a variety of uniforms, uniform styles,

22  headgear, and patches to be worn on the uniform.  Further, players may choose a distinct

23  "background" to be displayed behind the player's name during a multiplayer match.  Thousands of

24  different combinations are available to the player.  Many of the specific customization choices are

25  locked (i.e. unavailable to the player) at the outset of the game, but become "unlocked" (available)

26  after a certain objective or challenge is completed.  For example, the "Delta Gunner" headgear

27  initially is unavailable but becomes available after winning 25 "Team Deathmatch" matches.

28  Attached hereto as Exhibit 4 is a short video capture reflecting the various options available to the

Mitchell
Silberberg &
Knupp LLP

6433954.1/40113-0007                                                          4          CASE NO. CV14-02361 RS
DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
                                    JUDGMENT

1  player on the "Customize Appearance" menu, including a representative sample of the military

2  morale patches available to players.

3

4        10.      As noted, one of the options the player is presented with in the "Customize

5  Appearance" menu is the selection of a "patch" to be placed on the player's uniform and on their

6  play card to identify the player.  More than 500 patches were included with the retail copy of the

7  game, and additional patches have been added via content packs downloadable from services such

8  as Xbox Live or the PlayStation Network.  Over 600 patches are available in conjunction with the

9  game.  Each of the patches offered to players depicts a small cartoon image or icon inside a

10  geometric shape such as a circle, octagon, or shield.  Each patch is accompanied by a short phrase

11  or slogan.  For example, a patch depicting fireworks is accompanied by the phrase "Now It's A

12  Party," and one depicting a black widow spider contains the phrase "Man-eater."  At the start of

13  the game, 32 "standard issue" patches are immediately available to the player, including patches

14  depicting a rhinoceros, bumblebee, black widow, snake, hot dog, dollar sign, fireworks, and many

15  others.  One of the "standard issue" patches is an image of a chimpanzee face, accompanied by the

16  phrase "Is not amused" (the "Monkey Patch").  The patches other than the "standard issue" ones

17  are initially "locked" (they are grayed out and accompanied by an image of a padlock) and become

18  "unlocked" and available to player as a reward for completing objectives in multiplayer matches.

19

20        11.      Selecting a particular patch causes the patch to be placed on the left arm of the

21  soldier's uniform.  During a multiplayer match, depending on various player choices and

22  gameplay, a player may briefly see another player's selected patch on that player's uniform.

23  Additionally, if a player accomplishes certain objectives in certain multiplayer modes of the game

24  (e.g., a string of kills, securing a particular area, or capturing a flag), the name of the player who

25  performed the objective is flashed briefly on the screen to all players in the match, along with a

26  small image of the patch selected by that player and, depending on the objective, sometimes also

27  with the "background" image selected by the player.  The patch also is displayed to the player

28

Mitchell
Silberberg &
Knupp LLP

6433954.1/40113-00073

5

CASE NO. CV14-02361 RS

DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT

1    along with other information as part of a "match summary" screen after the conclusion of the

2    match.  Attached hereto as Exhibit 5 is a short video capture depicting live multiplayer gameplay

3    in *Ghosts*, which shows one of the game types and one of the players in the match has selected the

4    Monkey Patch.

5

6         12.    Notably, a player does not have to customize his or her soldier nor does he or she

7    have to select a patch even if other aspects of the soldier are customized.  In such cases, the patch

8    that displays on the uniform and identifies the player is defaulted to a "Recruit" patch, which

9    consists of a star and golden-colored wings.  Many players never customize their soldiers at all

10   and many others never customize the patch for their soldier.  If a player does decide to customize

11   the patch, a player can select many patches other than the Monkey Patch.  If the default patch or

12   some other patch is selected, a player would never see the Monkey Patch at all while playing

13   *Ghosts* unless one of the other players in a multiplayer match selected the Monkey Patch as his or

14   her patch.  Because of the large number of patches available to players, the Monkey Patch might

15   not be seen during any particular multiplayer match, and, indeed, it might not be seen for dozens

16   of matches or for many hours.  The Monkey Patch does not appear in any part of the single player

17   campaign mode.

18

19        13.    I understand that MSM has claimed that the Monkey Patch was used in a

20   multiplayer pre-release trailer for *Ghosts* that was released online in or around August 2013.

21   Attached as Exhibit 6 is a true and correct copy of the multiplayer pre-release trailer.  As can be

22

23

24

25

26

27

28

**DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

1    seen in the trailer, the only use of the Monkey Patch in the trailer is as a very small image along

2    with more than ten other patches scrolling across the bottom of the screen; it appears for

3    approximately 1-2 seconds during a quick "preview" of the "Create-A-Soldier" feature.

4

5         I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7

8        Executed on this 14th day of October 2014 at Santa Monica, California.

9

10

11                               Yale Miller

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

6420717.1/40113-00073

7                     CASE NO. CV14-02361 DMR

**DECLARATION OF YALE MILLER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT 1

KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>        Defendants. | CASE NO. CV14-02361 RS<br><br>**EXHIBIT 1: GAME**<br><br>Date:      November 20, 2014<br>Time:      1:30 pm.<br>Judge:    Hon. Richard Seeborg |

Mitchell
Silberberg &
Knupp LLP

6421747.1

CASE NO. CV14-02361 RS

**MANUAL FILING NOTIFICATION**

EXH. 1    PAGE 8

1

**MANUAL FILING NOTIFICATION**

2  Regarding:   Exhibit 1 to Declaration of Yale Miller in Support of Defendants' Motion for

3  Partial Summary Judgment as to Plaintiff's Second, Third, Fourth, and Fifth Claims for Relief .

4        This filing is in paper or physical form only, and is being maintained in the case file in the

5  Clerk's office.

6        If you are a participant on this case, this filing will be served in hard-copy or electronic

7  form shortly.

8        For information on retrieving this filing directly from the court, please see the court's main

9  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10        This filing was not efiled for the following reason(s):

11        ___ Voluminous Document (PDF file size larger than efiling system allowances)

12        ___ Unable to Scan Documents

13        _X Physical Object (description):  **GAME (*Call of Duty: Ghosts*)**

14        ___Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15        ___ Item Under Seal

16        ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

17        ___ Other (description): _____

18

19  DATED:  October 16, 2014            KARIN G. PAGNANELLI

20                                      MARC E. MAYER
                                        GILBERT S. LEE
21                                      MITCHELL SILBERBERG & KNUPP LLP

22

23                                      By: ___/s/ Marc E. Mayer_____
                                             Marc E. Mayer
24                                           Attorneys for Defendants
                                             ACTIVISION BLIZZARD, INC. and
25                                           ACTIVISION PUBLISHING, INC.

26

27

28

Mitchell
Silberberg &
Knupp LLP

6421747.1

# EXHIBIT 2



# EXHIBIT 3

KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>                Defendants. | CASE NO. CV14-02361 RS<br><br>**EXHIBIT 3: DVD (OFFICIAL CALL OF DUTY:  GHOSTS SINGLE PLAYER CAMPAIGN TRAILER)**<br><br>Date:        November 20, 2014<br>Time:        1:30 p.m.<br>Judge:      Hon. Richard Seeborg |

Mitchell
Silberberg &
Knupp LLP

6434520.1

CASE NO. CV14-02361 RS

**MANUAL FILING NOTIFICATION**

EXH. 3    PAGE 12

**MANUAL FILING NOTIFICATION**

Regarding:     Exhibit 3 to Declaration of Yale Miller in Support of Defendants' Motion for

Partial Summary Judgment as to Plaintiff's Second, Third, Fourth, and Fifth Claims for Relief.

      This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

      If you are a participant on this case, this filing will be served in hard-copy or electronic

form shortly.

      For information on retrieving this filing directly from the court, please see the court's main

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

      This filing was not efiled for the following reason(s):

    ___ Voluminous Document (PDF file size larger than efiling system allowances)

    ___ Unable to Scan Documents

    ___ Physical Object (description): _____

    _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

(DVD)

    ___ Item Under Seal

    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

    ___ Other (description): _____


DATED:  October 16, 2014          KARIN G. PAGNANELLI
                           MARC E. MAYER
                           GILBERT S. LEE
                           MITCHELL SILBERBERG & KNUPP LLP


                    By:  ___/s/ Marc E. Mayer_____
                           Marc E. Mayer
                           Attorneys for Defendants
                           ACTIVISION BLIZZARD, INC. and
                           ACTIVISION PUBLISHING, INC.

Mitchell
Silberberg &
Knupp LLP

6434520.1

# EXHIBIT 4

1  KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
   MARC E. MAYER (SBN 190969) mem@msk.com
2  GILBERT S. LEE (SBN 267247) gsl@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, CA  90064-1683
4  Telephone:  (310) 312-2000
   Facsimile:  (310) 312-3100
5
   Attorneys for Defendants
6  ACTIVISION BLIZZARD, INC. and
   ACTIVISION PUBLISHING, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | MIL-SPEC MONKEY, INC., a California      CASE NO. CV14-02361 RS
   corporation,
13                                           **EXHIBIT 4: DVD (COD GHOSTS MP**
                                             **PATCH CUSTOMIZATION)**
14            Plaintiff,

15       v.                                  Date:     November 20, 2014
                                             Time:     1:30 p.m.
16 | ACTIVISION BLIZZARD, INC., a Delaware    Judge:    Hon. Richard Seeborg
   corporation; ACTIVISION PUBLISHING,
17 | INC., a Delaware corporation; and DOES 1 -
   25, inclusive,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

6421727.1

                                                   CASE NO. CV14-02361 RS
                          MANUAL FILING NOTIFICATION

                                             EXH. 4    PAGE 14

**MANUAL FILING NOTIFICATION**

Regarding:    Exhibit 4 to Declaration of Yale Miller in Support of Defendants' Motion for

Partial Summary Judgment as to Plaintiff's Second, Third, Fourth, and Fifth Claims for Relief .

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy or electronic

form shortly.

For information on retrieving this filing directly from the court, please see the court's main

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

____ Physical Object (description): _____

 X  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

("Patch Gameplay" Video)

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description): _____


DATED:  October 16, 2014                    KARIN G. PAGNANELLI
                                            MARC E. MAYER
                                            GILBERT S. LEE
                                            MITCHELL SILBERBERG & KNUPP LLP


                                            By:   /s/ Marc E. Mayer
                                                Marc E. Mayer
                                                Attorneys for Defendants
                                                ACTIVISION BLIZZARD, INC. and
                                                ACTIVISION PUBLISHING, INC.

Mitchell
Silberberg &
Knupp LLP

6421727.1

EXH. 4    PAGE 15

# EXHIBIT 5

1   KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
    MARC E. MAYER (SBN 190969) mem@msk.com
2   GILBERT S. LEE (SBN 267247) gsl@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
3   11377 West Olympic Boulevard
    Los Angeles, CA  90064-1683
4   Telephone:  (310) 312-2000
    Facsimile:   (310) 312-3100
5
    Attorneys for Defendants
6   ACTIVISION BLIZZARD, INC. and
    ACTIVISION PUBLISHING, INC.
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12   MIL-SPEC MONKEY, INC., a California          CASE NO. CV14-02361 RS
     corporation,
13                                                **EXHIBIT 5: DVD (COD GHOSTS MP**
                     Plaintiff,                   **PATCH GAMEPLAY)**
14
             v.
15                                                Date:      November 20, 2014
     ACTIVISION BLIZZARD, INC., a Delaware        Time:      1:30 p.m.
16   corporation; ACTIVISION PUBLISHING,          Judge:     Hon. Richard Seeborg
     INC., a Delaware corporation; and DOES 1 -
17   25, inclusive,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP
6434076.1
                                                         CASE NO. CV14-02361 RS
                             **MANUAL FILING NOTIFICATION**

                                                      EXH. 5    PAGE 16

1                             **MANUAL FILING NOTIFICATION**

2  Regarding:     Exhibit 5 to Declaration of Yale Miller in Support of Defendants' Motion for

3  Partial Summary Judgment as to Plaintiff's Second, Third, Fourth, and Fifth Claims for Relief .

4         This filing is in paper or physical form only, and is being maintained in the case file in the

5  Clerk's office.

6         If you are a participant on this case, this filing will be served in hard-copy or electronic

7  form shortly.

8         For information on retrieving this filing directly from the court, please see the court's main

9  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10        This filing was not efiled for the following reason(s):

11      ___ Voluminous Document (PDF file size larger than efiling system allowances)

12      ___ Unable to Scan Documents

13      ___ Physical Object (description): _____

14     _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15  ("Patch Gameplay" Video)

16      ___ Item Under Seal

17      ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

18      ___ Other (description): _____

19

20  DATED: October 16, 2014           KARIN G. PAGNANELLI

21                                  MARC E. MAYER

                                   GILBERT S. LEE

22                                  MITCHELL SILBERBERG & KNUPP LLP

23

24                         By: ___/s/ Marc E. Mayer_____

                                  Marc E. Mayer

25                              Attorneys for Defendants

                                 ACTIVISION BLIZZARD, INC. and

26                              ACTIVISION PUBLISHING, INC.

27

28

Mitchell
Silberberg &
Knupp LLP

6434076.1

# EXHIBIT 6

KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation, | CASE NO. CV14-02361 RS |
| Plaintiff, | **EXHIBIT 6: DVD (OFFICIAL CALL OF DUTY: GHOSTS MULTIPLAYER RETAIL TRAILER)** |
| v. | |
| ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive, | Date:       November 20, 2014<br>Time:       1:30 p.m.<br>Judge:      Hon. Richard Seeborg |
| Defendants. | |

CASE NO. CV14-02361 RS

**MANUAL FILING NOTIFICATION**

EXH. 6    PAGE 18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MANUAL FILING NOTIFICATION**

Regarding:      Exhibit 6 to Declaration of Yale Miller in Support of Defendants' Motion for

Partial Summary Judgment as to Plaintiff's Second, Third, Fourth, and Fifth Claims for Relief .

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy or electronic

form shortly.

For information on retrieving this filing directly from the court, please see the court's main

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

____ Physical Object (description): _____

 X  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

(DVD)

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description): _____


DATED:  October 16, 2014                    KARIN G. PAGNANELLI
                                            MARC E. MAYER
                                            GILBERT S. LEE
                                            MITCHELL SILBERBERG & KNUPP LLP


                                            By: ___/s/ Marc E. Mayer_____
                                                 Marc E. Mayer
                                                 Attorneys for Defendants
                                                 ACTIVISION BLIZZARD, INC. and
                                                 ACTIVISION PUBLISHING, INC.

Mitchell
Silberberg &
Knupp LLP

6434505.1

1                    CASE NO. CV14-02361 RS
**MANUAL FILING NOTIFICATION**

EXH. 6    PAGE 19