KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV14-02361 RS<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF**<br><br>Date:　November 20, 2014<br>Time:　1:30 p.m.<br>Judge:　Hon. Richard Seeborg |

CASE NO. CV14-02361 RS

**DECLARATION OF MARC E. MAYER IN SUPPORT OF ACTIVISION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Mitchell Silberberg & Knupp LLP

6419854.2

I, Marc E. Mayer, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am, through my professional corporation, a partner at the law firm Mitchell Silberberg & Knupp LLP, counsel of record for Defendants Activision Blizzard, Inc. and Activision Publishing, Inc. ("Activision"). I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

2. In conjunction with Activision's motion for partial summary judgment, I have participated in the identification, acquisition, and preservation of reference material pertaining to this matter, including the supervision of others in these activities. The following are exhibits that my office has gathered.

3. Attached hereto as **Exhibit 7** is a true and correct copy of a web page found at the following uniform resource locator ("URL") – https://www.google.com/search?q=define%3A+morale+patch&sourceid=ie7&rls=com.microsoft:en-us:IE-Address&ie=&oe=&gws_rd=ssl – regarding the definition of morale patches, which I caused to be accessed and printed on or about October 7, 2014.

4. Attached hereto as **Exhibit 8** is a true and correct copy of a web page found at the following URL – http://www.policepatcheshq.com/velcro-patches/ – regarding the usage, purpose, and collectability/tradability of morale patches, which I caused to be accessed and printed on or about October 3, 2014.

5. Attached hereto as **Exhibit 9** is a true and correct copy of a web page found at the following URL – http://www.itstactical.com/centcom/news/exploring-the-military-history-and-

1   CASE NO. CV14-02361 RS
**DECLARATION OF MARC E. MAYER IN SUPPORT OF ACTIVISION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Mitchell Silberberg & Knupp LLP
6419854.2

symbolism-of-morale-patches/ – regarding the usage and purpose of morale patches, which I caused to be accessed and printed on or about October 7, 2014.

6. Attached hereto as **Exhibit 10** is a true and correct copy of a web page found at the following URL – http://www.army.mil/symbols/ – concerning the use of morale patches by soldiers, which I caused to be accessed and printed on or about October 7, 2014.

7. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the following book: Trevor Paglen, I Could Tell You But Then You Would Have To Be Destroyed By Me: Emblems from the Pentagon's Black World at pp. 8-9 (2010 ed.). Upon request, a physical copy of the full work can be furnished to the Court.

8. Attached hereto as **Exhibit 12** is a true and correct copy of a web page and compilation of images on Mil-Spec Monkey, Inc.'s website depicting persons and soldiers wearing morale patches, including MSM's "Angry Monkey" patch. The web page is located at the following URL – http://milspecmonkey.com/index.php/morale-page/morale-patches/66-morale-page – which I caused to be accessed and printed on or about October 7, 2014. Also included in this compilation are the full versions of individual images contained on this web page under the caption "Happy Customers."

9. Attached hereto as **Exhibit 13** is a true and correct copy of a compilation of web pages found at the following URLs listed below (all of which I caused to be accessed and printed on or about September 16-17, 2014 and October 7, 2014), which depict patches offered for sale online from the following sources:

- 511tactical.com: http://www.511tactical.com/accessories/tactical-patches.html?limit=all
- Amazon.com: http://www.amazon.com/s/?ie=UTF8&keywords=morale+patch

Mitchell Silberberg & Knupp LLP
6419854.2

2   CASE NO. CV14-02361 RS
**DECLARATION OF MARC E. MAYER IN SUPPORT OF ACTIVISION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. • Gadsdenandculpeper.com: http://www.gadsdenandculpeper.com/wildlife.html
2. • Maxpedition.com: http://www.maxpedition.com/store/pc/All-Morale-Patches-c43.html
3. • Tacticalgearjunkie.com: http://www.tacticalgearjunkie.com/patches/?sort=bestselling
4. • USpatriottactical.com: http://uspatriottactical.com/morale-patch-mil-spec-monkey/
5. • Usamilitarymedals.com: http://www.usamilitarymedals.com/military-awards-decorations/military-patches.html

10. Attached hereto as **Exhibit 14** is a true and correct copy of a compilation of web pages found at the following URLs – http://milspecmonkey.com/store/24-animals and http://milspecmonkey.com/store/9-patches – listing the patches on MSM's website, which I caused to be accessed and printed on or about September 18, 2014 and October 8, 2014.

11. Attached hereto as **Exhibit 15** is a true and correct copy of a web page found at the following URL – http://www.monkeydepot.com/SearchResults.asp?mfg=Monkey+Gear – listing the patches on the "Monkey Depot" website depicting a "Greaser Monkey" and "Maverick Monkey," which I caused to be accessed and printed on or about October 7, 2014.

12. Attached hereto as **Exhibit 16** is a true and correct copy of a web page found at the following URL – http://www.callofduty.com/ghosts/features/mp/customization – regarding a description of the soldier-appearance customization options available in *Call of Duty: Ghosts*, which I caused to be accessed and printed on or about October 7, 2014.

13. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the following book: Timothy Ford, Defender: An Illustrated Guide to United States Air Force, Air Police, Security Police and Security Forces Patch Insignia at pp. v, 6-7, 86-89, 132-33, 192-93, 222-223 (2010 ed.). Upon request, a physical copy of the full work can be furnished to the Court.

14. Attached hereto as **Exhibit 18** is a true and correct copy of a compilation of web pages found at the following URLs listed below (all of which I caused to be accessed and printed on or about October 14, 2014), which depict images of soldiers wearing patches on their uniforms from the following sources:

- Amc.af.mil : http://www.amc.af.mil/shared/media/photodb/photos/2013/03/130323-F-LR266-142.JPG
- Servimg.com : http://i43.servimg.com/u/f43/15/03/57/94/screen84.jpg; http://i43.servimg.com/u/f43/15/03/57/94/screen54.jpg; http://i78.servimg.com/u/f78/13/87/79/34/24499010.jpg
- Blogspot.com: http://3.bp.blogspot.com/-2YBkG5MREU0/TzrLfFq-tNI/AAAAAAAADTg/baVG-izdamo/s1600/$(KGrHqIOKjwE44pJJ6-D..
- Dailymail.co.uk: http://i.dailymail.co.uk/i/pix/2013/08/10/article-2388698-1B3B0048000005DC-776_634x417.jpg
- Ebay.com: http://i.ebayimg.com/00/s/NTgwWDc1OA==/$T2eC16dHJF8E9nnC8H5iBQ1D26!5mw~~60_35.JPG
- Stripes.com: http://www.stripes.com/polopoly_fs/1.21039.1273609579!/image/3402761125.jpg_gen/derivatives/landscape_804/3402761125.jpg
- Gannet-cdn.com: http://www.gannett-cdn.com/-mm-/fb1cd06f6910cb0cc6ef3c5e9508750419fef419/c=184-0-1864-1260&r=x404&c=534x401/local/-/media/Rochester/2014/08/18/roc0819soldierspatch.jpg
- Usarmy.vo.llnwd.net: http://usarmy.vo.llnwd.net/e2/-images/2009/05/06/37099/size0-army.mil-37099-2009-05-06-070521.jpg; http://usarmy.vo.llnwd.net/e2/-

Mitchell Silberberg & Knupp LLP
6419854.2

4   CASE NO. CV14-02361 RS
**DECLARATION OF MARC E. MAYER IN SUPPORT OF ACTIVISION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

images/2009/08/17/48201/size0-army.mil-48201-2009-08-17-180828.jpg;

http://usarmy.vo.llnwd.net/e2/c/images/2013/04/03/289088/size0.jpg

- Wikimedia.org:

  http://upload.wikimedia.org/wikipedia/commons/7/72/Combat_Training_in_Germany_(Securing_Ground)_2007-05-11-140634.jpg

- Forthoodpresscenter.com:

  http://www.forthoodpresscenter.com/clients/3439/607813.jpg

- Ndguard.ngb.army.mil:

  http://www.ndguard.ngb.army.mil/news/NewsPhotos/2010Photos/7July2010/10-115%208%20Soldiers,%208%20Missions/8-Soldiers-046.gif

- Kittyhell.com:  http://www.kittyhell.com/wp-content/uploads/2008/12/hello-kitty-military-patch-uniform.jpg

- Veteranshour.com:  http://www.veteranshour.com/r5T-002a.jpg

- Cojmc.unl.edu:  http://cojmc.unl.edu/mosaic/wp-content/uploads/2014/04/Abdul-in-group.jpg

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of October 2014 at Los Angeles, California.

                                      /s/ Marc E. Mayer
                                      Marc E. Mayer