KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>Defendants. | CASE NO. CV14-02361 RS<br><br>**DECLARATION OF GILBERT LEE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF**<br><br>Date: November 20, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Richard Seeborg |

CASE NO. CV14-02361 RS

**DECLARATION OF GILBERT LEE IN SUPPORT OF ACTIVISION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Gilbert Lee, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am an associate at the law firm Mitchell Silberberg & Knupp LLP, counsel of record for Defendants Activision Blizzard, Inc. and Activision Publishing, Inc. I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

2. Attached as **Exhibits 4 and 5 to the Declaration of Yale Miller** are DVDs containing true and correct copies of two excerpts of footage from the commercial release of the video game *Call of Duty: Ghosts* ("*Ghosts*"). The DVD was created under my supervision and at my direction. The DVD can be played using any standard DVD player. The footage contained on the DVD was captured using a copy of *Ghosts* running and operating on a Microsoft XBox One console. To capture the video and create the DVD, the output from the Microsoft XBox One was connected to a personal computer using an AJA Kona LH1 capture card and Apple Final Cut Pro. Different aspects of *Ghosts* were played by an Activision employee, and the video was captured by the AJA VTR Xchange software and edited with Apple Final Cut Pro to create the DVD. The footage contained on the DVD reflects actual *Ghosts* gameplay.

3. The DVDs contains the following gameplay sequences from *Ghosts*, each of which can be accessed via the title menu of the game:

1) **Exhibit 4 - "COD Ghosts MP Patch Customization":** This gameplay sequence depicts various "Customize Appearance" options from the "Create-A-Soldier" feature, including representative selections for each option. For patches, included are the initial screens for the eight "groupings" of patches – namely, standard issue patches, first class patches, game mode patches, gear patches, perk patches, weapon patches, classified patches, and DLC patches. A description of various "Customize

Appearance" options appears in Paragraphs 9-10 of the accompanying Declaration of Yale Miller.

2) **Exhibit 5 - "COD Ghosts MP Patch Gameplay":** This gameplay sequence depicts actual footage from one of *Ghosts*' multiplayer game play modes, "Domination." The footage included shows the player initiating the game mode, starting the match, selecting a soldier, and then playing and concluding the match. A description of how patches are used in multiplayer game play appears in Paragraphs 11-12 of the accompanying Declaration of Yale Miller.

4. Attached as **Exhibit 3 to the Declaration of Yale Miller** is a DVD containing a true and correct copy of the *Official Call of Duty: Ghosts Single Player Campaign Trailer*, which was released on or about September 10, 2013. This trailer was supplied to me by personnel at Activision. The DVD containing this trailer was created under my supervision and at my direction.

5. Attached as **Exhibit 6 to the Declaration of Yale Miller** is a DVD containing a true and correct copy of the *Official Call of Duty: Ghosts Multiplayer Reveal Trailer*, which was released on or about August 14, 2013 and is referenced in paragraph 30 of Mil-Spec Monkey, Inc.'s Complaint. This trailer was supplied to me by personnel at Activision. The DVD containing this trailer was created under my supervision and at my direction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of October 2014 at Los Angeles, California.

                                                /s/ Gilbert S. Lee
                                                Gilbert S. Lee