1  DANIEL W. BALLESTEROS (SBN 142003) dwb@hogefenton.com
   ALLISON A. MANOV (SBN 274081) aam@hogefenton.com
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, CA 95113-2396
   Telephone:    (408) 287-9501
4  Facsimile:    (408) 287-2583

5  Attorneys for Plaintiff
   MIL-SPEC MONKEY, INC.
6
   KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
7  MARC E. MAYER (SBN 190969) mem@msk.com
   GILBERT S. LEE (SBN 267247) gsl@msk.com
8  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
9  Los Angeles, CA 90064-1683
   Telephone:    (310) 312-2000
10 Facsimile:    (310) 312-3100

11 Attorneys for Defendants
   ACTIVISION BLIZZARD, INC. and
12 ACTIVISION PUBLISHING, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                    FOR DISTRICT-WIDE ASSIGNMENT

17

| | |
|---|---|
| 18  MIL-SPEC MONKEY, INC., a California corporation, | CASE NO. CV14-02361 RS |
| 19              Plaintiff, | **JOINT STIPULATION RE: WRITTEN DISCOVERY CUT-OFF** |
| 20       v. | |
| 21  ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive, | |
| 24              Defendants. | |

28                                              CASE NO. CV14-02361 RS
        JOINT STIPULATION EXTENDING TIME FOR WRITTEN DISCOVERY

6610473.1/40113-00073

Mitchell Silberberg & Knupp LLP

6607581.1

**JOINT STIPULATION**

Plaintiff Mil-Spec Monkey, Inc. and Defendants Activision Blizzard, Inc. and Activision Publishing, Inc. hereby submit this Joint Stipulation to extend the time by which to complete non-expert written discovery in this action and to file any motions regarding written discovery. This Joint Stipulation is based on the following facts:

1. Pursuant to this Court's Case Management Scheduling Order dated August 21, 2014 (Paragraph 2.A) the Court ordered that the parties shall complete all non-expert written discovery and shall file any motions regarding written discovery on or before **February 13, 2015**.

2. The parties are currently actively engaged in written discovery, and specifically are in the process of collecting and reviewing documents for production. Additionally, the parties have a private mediation scheduled for February 13, 2015.

3. In order to allow the parties adequate time to complete their written discovery and conduct the mediation, the parties have agreed to extend the non-expert written discovery deadline set forth in Paragraph 2.A. of the Scheduling Order by approximately 30 days, to **March 16, 2015**. The parties raised this request with the Court during the recent December 18 Case Management Conference, and the Court expressed that it had no objection to this amendment to the Scheduling Order. No other deadlines would be altered pursuant to this stipulation.

4. Accordingly, the parties hereby jointly request that the Court extend the date by which the parties shall complete all non-expert written discovery and shall file any motions

//

//

//

regarding written discovery from **February 13, 2015** to **March 16, 2015**.

DATED: January 9, 2015

DANIEL W. BALLESTEROS
ALLISON A. MANOV
HOGE, FENTON, JONES & APPEL, INC.

By: /s/

Attorneys for Plaintiff
MIL-SPEC MONKEY, INC.

DATED: January 9, 2015

KARIN G. PAGNANELLI
MARC E. MAYER
GILBERT S. LEE
MITCHELL SILBERBERG & KNUPP LLP

By: _____

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

regarding written discovery from **February 13, 2015** to **March 16, 2015**.

DATED: January 9, 2015

DANIEL W. BALLESTEROS
ALLISON A. MANOV
HOGE, FENTON, JONES & APPEL, INC.

By: _____

    Attorneys for Plaintiff
    MIL-SPEC MONKEY, INC.

DATED: January 15, 2015

KARIN G. PAGNANELLI
MARC E. MAYER
GILBERT S. LEE
MITCHELL SILBERBERG & KNUPP LLP

By:   /s/ Marc E. Mayer
    Attorneys for Defendants
    ACTIVISION BLIZZARD, INC. and
    ACTIVISION PUBLISHING, INC.