DANIEL W. BALLESTEROS (SBN 142003) dwb@hogefenton.com
ALLISON A. MANOV (SBN 274081) aam@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, CA  95113-2396
Telephone:     (408) 287-9501
Facsimile:      (408) 287-2583

Attorneys for Plaintiff
MIL-SPEC MONKEY, INC.

KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
MARC E. MAYER (SBN 190969) mem@msk.com
GILBERT S. LEE (SBN 267247) gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:     (310) 312-2000
Facsimile:      (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOR DISTRICT-WIDE ASSIGNMENT

| | |
|---|---|
| MIL-SPEC MONKEY, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation; ACTIVISION PUBLISHING, INC., a Delaware corporation; and DOES 1 - 25, inclusive,<br><br>            Defendants. | CASE NO. CV14-02361 RS<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION RE: WRITTEN DISCOVERY CUT-OFF** |

CASE NO. CV14-02361 RS

**JOINT STIPULATION EXTENDING TIME FOR WRITTEN DISCOVERY**

**ORDER**

The Court having read the Stipulation to extend the time by which to complete non-expert written discovery in this action and to file any motions regarding written discovery filed by Plaintiff Mil-Spec Monkey, Inc. and Defendants Activision Blizzard, Inc. and Activision Publishing, Inc, orders as follows:

The deadline to complete all non-expert written discovery and file any motions regarding written discovery is extended from February 13, 2015, to **March 16, 2015**.

DATED: 1/15/2015

By: _____
Hon. Richard Seeborg
United States District Court Judge