1    DANIEL W. BALLESTEROS - BAR# 142003
     dwb@hogefenton.com
2    ALLISON ARA MANOV - BAR# 274081
     aam@hogefenton.com
3    HOGE, FENTON, JONES & APPEL, INC.
     Sixty South Market Street, Suite 1400
4    San Jose, California 95113-2396
     Phone: (408) 287-9501
5    Fax:  (408) 287-2583

6    Attorneys for Plaintiff
     MIL-SPEC MONKEY, INC.

7

8    KARIN G. PAGNANELLI (SBN 174763) kgp@msk.com
     MARC E. MAYER (SBN 190969) mem@msk.com
9    GILBERT S. LEE (SBN 267247) gsl@msk.com
     MITCHELL SILBERBERG & KNUPP LLP
10   11377 West Olympic Boulevard
     Los Angeles, CA  90064-1683
11   Telephone:     (310) 312-2000
     Facsimile:     (310) 312-3100

12

     Attorneys for Defendants
13   ACTIVISION BLIZZARD, INC. and
     ACTIVISION PUBLISHING, INC.

14

15            IN THE UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18   MIL-SPEC MONKEY, INC., a California corporation, | No. 4:14-cv-02361RS |
| 19           Plaintiff, | [~~PROPOSED~~] **ORDER RE JOINT STIPULATION OF DISMISSAL** |
| 20     vs. | |
| 21 | |
| 22   ACTIVISION BLIZZARD, INC. a Delaware Corporation, ACTIVISION PUBLISHING, INC., a Delaware corporation, and DOES 1 - 25, inclusive, | |
| 23 | |
| 24           Defendants. | |

25

26

27

28

                           -1-

**ORDER**

The Court, having read the Joint Stipulation of Dismissal filed by Plaintiff Mil-Spec Monkey, Inc. and Defendants Activision Blizzard, Inc. and Activision Publishing, Inc, orders as follows:

The above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

DATED:  3/11/15

_____
Hon. Richard Seeborg
JUDGE OF THE DISTRICT COURT OF
THE NORTHERN DISTRICT OF
CALIFORNIA

[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL
\\HFJADOCS\NDRIVE\86338\PLE\1576113.DOC